# Exhibit 2

**Infringement Claim Chart for U.S. Pat. No. US7130430B2 v. Boss Audio ("Defendant")**
(See Accused Product List at end of chart for models)

| Claim 3 | Evidence |
|---|---|
| 3. A speaker system for producing localized regions of sound comprising: | The Boss Audio BRT34A Loudspeaker is speaker a system for producing localized regions of sound.<br><br>For example, the Boss Audio BRT34A loudspeaker produces an acoustic beam of sound. The beam can be aimed at the listening audience while keeping it away from other surfaces that may cause echoes and reverberation.<br><br>• IPX5 Rated 3" Full Range Speakers, Four Pairs<br>• Weatherproof IPX 5 Rated 1" Horn Loaded Tweeters, One Pair<br>• 700 Watts Max Built-in Class D Amp and 3.5mm Aux Input Compatible with Audio Output of Smartphones and MP3 Players<br>• Bluetooth Audio Streaming - play and control music and apps like Spotify/Pandora wirelessly<br>• IPX 5 Rated Weatherproof Enclosure, Built-in LED Lights with Wireless Remote<br>• Built-in DSP, Pre Amp outputs allow you to connect multiple Systems together and Preset EQ<br>• Multi-Angle Adjustable Clamps fit bars from 1.75" to 2". Great for ATV's or UTV's! |

1

| | |
|---|---|
| | RGB Illumination on/off -(Auto 10 minutes time when ACC is turned off |
| | Source: https://bossaudio.com/collections/powersports-sound-bars/products/791489126595 |
| a multiplicity of audio frequency speakers; | The Boss Audio BRT34A Loudspeaker array includes a multiplicity of audio frequency speakers. <br><br> For example, Boss Audio BRT34A loudspeaker array has an array of 3" Full range speakers 4 pairs, audio loudspeakers mounted along the axial direction of the loudspeaker. <br><br> <ul><li>IPX5 Rated 3" Full Range Speakers, Four Pairs</li><li>Weatherproof IPX 5 Rated 1" Horn Loaded Tweeters, One Pair</li><li>700 Watts Max Built-in Class D Amp and 3.5mm Aux Input Compatible with Audio Output of Smartphones and MP3 Players</li><li>Bluetooth Audio Streaming - play and control music and apps like Spotify/Pandora wirelessly</li><li>IPX 5 Rated Weatherproof Enclosure, Built-in LED Lights with Wireless Remote</li><li>Built-in DSP, Pre Amp outputs allow you to connect multiple Systems together and Preset EQ</li><li>Multi-Angle Adjustable Clamps fit bars from 1.75" to 2". Great for ATV's or UTV's!</li></ul> <br> RGB Illumination on/off -(Auto 10 minutes time when ACC is turned off |

<table>
<tr>
<td></td>
<td>



Source: https://bossaudio.com/collections/powersports-sound-bars/products/791489126595
</td>
</tr>
<tr>
<td>at least one defined sound target spaced from each of the speakers of the multiplicity of speakers, wherein each speaker has a means for applying a time varying audio drive voltage which is substantially</td>
<td>The Boss Audio BRT34A Loudspeaker has at least one defined sound target spaced from each of the speakers of the multiplicity of speakers. Each speaker has a means for applying a time varying audio drive voltage which is substantially identical, except that each audio drive voltage is offset in time by an amount which is related to the distance between each speaker and the defined sound target. So that substantially identical sound from each speaker reaches the sound target at the same time.

For example, each of the Boss Audio BRT34A Loudspeaker speakers is connected to an audio amplifier. An audio signal is provided to each speaker via the speaker's respective amplifier. The audio signal is delayed more for speakers closer to the position at which the acoustic beam is aimed and delayed less for speakers farther from that position.</td>
</tr>
</table>

| identical, except that each audio drive voltage is offset in time by an amount which is related to the distance between each speaker and the defined sound target, so that substantially identical sound from each speaker reaches the sound target at the same time; and | <ul><li>IPX5 Rated 3" Full Range Speakers, Four Pairs</li><li>Weatherproof IPX 5 Rated 1" Horn Loaded Tweeters, One Pair</li><li>700 Watts Max Built-in Class D Amp and 3.5mm Aux Input Compatible with Audio Output of Smartphones and MP3 Players</li><li>Bluetooth Audio Streaming - play and control music and apps like Spotify/Pandora wirelessly</li><li>IPX 5 Rated Weatherproof Enclosure, Built-in LED Lights with Wireless Remote</li><li>Built-in DSP, Pre Amp outputs allow you to connect multiple Systems together and Preset EQ</li><li>Multi-Angle Adjustable Clamps fit bars from 1.75" to 2". Great for ATV's or UTV's!</li></ul><br>RGB Illumination on/off -(Auto 10 minutes time when ACC is turned off<br> |

| | |
|---|---|
| | Source: https://bossaudio.com/collections/powersports-sound-bars/products/791489126595 |
| wherein the means for applying a time varying audio drive voltage includes a class D amplifier. | The means for applying a time varying audio drive voltage includes amplifier.<br><br>For example, a four pair audio amplifier is used to drive the Boss Audio BRT34A loudspeakers in the array.<br><br><br>• IPX5 Rated 3" Full Range Speakers, Four Pairs<br>• Weatherproof IPX 5 Rated 1" Horn Loaded Tweeters, One Pair<br>• 700 Watts Max Built-in Class D Amp and 3.5mm Aux Input Compatible with Audio Output of Smartphones and MP3 Players<br>• Bluetooth Audio Streaming - play and control music and apps like Spotify/Pandora wirelessly<br>• IPX 5 Rated Weatherproof Enclosure, Built-in LED Lights with Wireless Remote<br>• Built-in DSP, Pre Amp outputs allow you to connect multiple Systems together and Preset EQ<br>• Multi-Angle Adjustable Clamps fit bars from 1.75" to 2". Great for ATV's or UTV's!<br><br>RGB Illumination on/off -(Auto 10 minutes time when ACC is turned off |



Source: https://bossaudio.com/collections/powersports-sound-bars/products/791489126595

## Accused Product List

BRT34A Loudspeaker
BRT27A Loudspeaker

## References

[1] BRT34A
https://bossaudio.com/collections/powersports-sound-bars/products/791489126595

[2] BRT27A
https://bossaudio.com/collections/powersports-sound-bars/products/791489125734