*AO 120 (Rev. 08/10)*

| TO: | **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>**P.O. Box 1450**<br>**Alexandria, VA 22313–1450** | **REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK** |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the **U.S. District Court for the District of New Jersey** on the following:
\_\_\_\_ Trademarks or  **X** Patents. ( \_\_\_\_ the patent action involves 35 U.S.C. § 292.)

| DOCKET NO.<br>2:23–cv–03973–EP–MAH | DATE FILED<br>7/26/2023 | U.S. DISTRICT COURT<br>NEWARK, NJ |
|---|---|---|
| PLAINTIFF<br>PATENT ARMORY INC. | | DEFENDANT<br>BOSS AUDIO, INC. |

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1  7,130,430 | 10/31/2006 | PATENT ARMORY INC. |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above––entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
| | \_\_\_ Amendment   \_\_\_ Answer   \_\_\_ Cross Bill   \_\_\_ Other Pleading |

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above––entitled case, the following decision has been rendered or judgement issued:

DECISION/JUDGEMENT

| CLERK OF COURT | (BY) DEPUTY CLERK<br>s/ Donato A. Marucci | DATE<br>7/26/2023 |
|---|---|---|

**Copy 1––Upon initiation of action, mail this copy to Director   Copy 3––Upon termination of action, mail this copy to Director**
**Copy 2––Upon filing document adding patent(s), mail this copy to Director   Copy 4––Case file copy**