# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

**PATENT ARMORY INC.,**
*Plaintiff*

V.  **SUMMONS IN A CIVIL CASE**

**BOSS AUDIO, INC.,**
*Defendant*

CASE NUMBER: **2:23−CV−03973−EP−MAH**

TO: *(Name and address of Defendant):*

Boss Audio, Inc.
518 Smith St.
Perth Amboy, NJ 08861

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) −− or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. civ. P. 12 (a)(2) or (3) −− you must serve on the plaintiff an answer to the attached complaint or a motion under rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff`s attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**CLERK OF COURT**



**ISSUED ON 2023−07−26 19:33:54**, Clerk
USDC NJD

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   2:23-CV-03973-EP

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for  **Boss Audio, Inc.**
was recieved by me on **8/07/2023:**

☐   I personally served the summons on the individual at *(place)*  on *(date)* ; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒   I served the summons on **Andrew Acosta**, who is designated by law to accept service of process on behalf of **Boss Audio, Inc.** at **518 Smith Street, Perth Amboy, NJ 08861** on **08/08/2023 at 1:09 PM**; or

☐   I returned the summons unexecuted because ; or

☐   Other *(specify)*

My fees are $ 0 for travel and **$ 69.00** for services, for a total of **$ 69.00**.

I declare under penalty of perjury that this information is true.

Date:   08/08/2023

*Server's signature*

**Michael Weinshenker**
*Printed name and title*

**30 Tamara Drive
Roosevelt, NJ 08555**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents to Andrew Acosta who identified themselves as the person authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a brown-haired white male contact 25-35 years of age, 5'8"-5'10" tall and weighing 160-180 lbs.**





Tracking #: **0111812631**