IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| PATENT ARMORY INC., <br><br> Plaintiff, <br><br> v. <br><br> BOSS AUDIO, INC., <br><br> Defendant. | No. 2:23-cv-03973-EP-MAH <br><br> **MOTION AND ORDER FOR EXTENSION OF TIME** <br><br> *Document Filed Electronically* |

  Plaintiff PATENT ARMORY INC., by and through its counsel, and subject to the Order of the Court, hereby moves to extend the time within which Defendant BOSS AUDIO, INC. ("Defendant"), may answer, move or otherwise respond to Plaintiff's Complaint in this action to and including October 27, 2023. Defendant's answer deadline is September 27, 2023. Defendant has not appeared yet and is unreachable, so Plaintiff is unable to determine whether this Motion is opposed. The reason for this requested extension is to allow Plaintiff more time to contact Defendant.

  This is the first request for such an extension. The requested extension is not sought for any improper purpose and would not unduly prejudice any party to this action.

  Accordingly, Plaintiff requests that the Court grant this Motion and extend the time for Defendant to answer, move, or otherwise respond to Plaintiff's Complaint to

1

October 27, 2023.

Dated: September 27, 2023

Respectfully submitted,

/s/ Antranig Garibian
Antranig Garibian
Antranig Garibian, Esquire
NJ Attorney I.D. No. 008492005
1800 John F. Kennedy Boulevard, Suite 300
Philadelphia, PA 19103
(215) 326-9179
ag@garibianlaw.com

Isaac Rabicoff
Rabicoff Law LLC
(*Pro hac vice* application forthcoming)
600 Mamaroneck Ave STE 400
Harrison, NY 10528
7736694590
isaac@rabilaw.com

**Counsel for Plaintiff
Patent Armory Inc.**

**SO ORDERED**, this _____ day of _____, 2023.

_____
UNITED STATES MAGISTRATE JUDGE

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing document was served on all parties who have appeared in this case on September 27, 2023 via the Court's CM/ECF system.

/s/ Antranig Garibian
Antranig Garibian
NJ Attorney I.D. No. 008492005
