# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| PATENT ARMORY INC., <br><br> Plaintiff, <br><br> v. <br><br> BOSS AUDIO, INC., <br><br> Defendant. | No. 2:23-cv-03973-EP-MAH <br><br> ~~MOTION AND~~ ORDER FOR EXTENSION OF TIME <br><br> *Document Filed Electronically* |

Plaintiff PATENT ARMORY INC., by and through its counsel, and subject to the Order of the Court, hereby moves to extend the time within which Defendant BOSS AUDIO, INC. ("Defendant"), may answer, move or otherwise respond to Plaintiff's Complaint in this action to and including October 27, 2023. Defendant's answer deadline is September 27, 2023. Defendant has not appeared yet and is unreachable, so Plaintiff is unable to determine whether this Motion is opposed. The reason for this requested extension is to allow Plaintiff more time to contact Defendant.

This is the first request for such an extension. The requested extension is not sought for any improper purpose and would not unduly prejudice any party to this action.

Accordingly, Plaintiff requests that the Court grant this Motion and extend the time for Defendant to answer, move, or otherwise respond to Plaintiff's Complaint to

October 27, 2023.

Dated: September 27, 2023        Respectfully submitted,

        /s/ Antranig Garibian
        Antranig Garibian
        Antranig Garibian, Esquire
        NJ Attorney I.D. No. 008492005
        1800 John F. Kennedy Boulevard, Suite 300
        Philadelphia, PA 19103
        (215) 326-9179
        ag@garibianlaw.com

        Isaac Rabicoff
        Rabicoff Law LLC
        (*Pro hac vice* application forthcoming)
        600 Mamaroneck Ave STE 400
        Harrison, NY 10528
        7736694590
        isaac@rabilaw.com

        **Counsel for Plaintiff**
        **Patent Armory Inc.**

*[Handwritten]: Defendant shall answer, move or otherwise respond to the Complaint by October 27, 2023. If Defendant does not comply, Plaintiff shall file any application for entry of default by October 6, 2023. ~~Defendant~~ Plaintiff shall serve a copy of This Order on Defendant by September 29, 2023 and file a Certification of Service by October 2, 2023.*

**SO ORDERED**, this 28th day of September, 2023.

        [signature]
        UNITED STATES MAGISTRATE JUDGE