# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

**PATENT ARMORY INC.,**
*Plaintiff*

V.    **SUMMONS IN A CIVIL CASE**

**BOSS AUDIO, INC.,**
*Defendant*

CASE NUMBER: **2:23−CV−03973−EP−MAH**

TO: *(Name and address of Defendant):*

Boss Audio, Inc.
3451 Lunar Ct
Oxnard, California 93030

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) −− or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. civ. P. 12 (a)(2) or (3) −− you must serve on the plaintiff an answer to the attached complaint or a motion under rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff`s attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**CLERK OF COURT**



**ISSUED ON 2023−07−26 19:33:54**, Clerk
USDC NJD

Civil Action No.    2:23-CV-03973-EP-MAH

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for **BOSS AUDIO, INC.**
was recieved by me on **9/28/2023:**

☐  I personally served the summons on the individual at *(place)* on *(date)* ; or

☐  I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒  I served the summons on **Shelby J**, who is designated by law to accept service of process on behalf of **BOSS AUDIO, INC.** at **3451 Lunar Court, Oxnard, CA 93030** on **09/29/2023 at 9:17 AM**; or

☐  I returned the summons unexecuted because ; or

☐  Other *(specify)*

My fees are $ 0 for travel and **$ 171.50** for services, for a total of **$ 171.50**.

I declare under penalty of perjury that this information is true.

Date:   09/29/2023

*Server's signature*

**Nikko Paulino**
*Printed name and title*

**11642 McLennan ave**
**Granada Hills, CA 91344**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents to Shelby J who identified themselves as the person authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a black-haired black female contact 35-45 years of age, 5'6"-5'8" tall and weighing 140-160 lbs.**




Tracking #: **0115105953**