# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| PATENT ARMORY INC., <br><br> Plaintiff, <br><br> v. <br><br> BOSS AUDIO, INC., <br><br> Defendant. | No. 2:23-cv-03973-EP-MAH <br><br> **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** <br><br> *Document Filed Electronically* |

**IT IS** on this _____ day of _____, 2023, hereby

**ORDERED** that the request to dismiss this matter without prejudice is hereby GRANTED.

                                                  **HONORABLE EVELYN PADIN**
                                                  **UNITED STATES DISTRICT JUDGE**