IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| PATENT ARMORY INC.,<br><br>Plaintiff,<br><br>v.<br><br>BOSS AUDIO, INC.,<br><br>Defendant. | No. 2:23-cv-03973-EP-MAH<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**<br><br>*Document Filed Electronically* |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff hereby dismisses this action without prejudice. Defendant has not yet answered the Complaint or moved for summary judgment.

Dated: October 2, 2023

Respectfully submitted,

/s/ Antranig Garibian
Antranig Garibian
Antranig Garibian, Esquire
NJ Attorney I.D. No. 008492005
1800 John F. Kennedy Boulevard, Suite 300
Philadelphia, PA 19103
(215) 326-9179
ag@garibianlaw.com

Isaac Rabicoff
Rabicoff Law LLC
(*Pro hac vice* application forthcoming)
600 Mamaroneck Ave STE 400
Harrison, NY 10528
7736694590
isaac@rabilaw.com

**Counsel for Plaintiff**
**Patent Armory Inc.**

1

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing document was served on all parties who have appeared in this case on October 2, 2023 via the Court's CM/ECF system.

/s/ Antranig Garibian
Antranig Garibian
NJ Attorney I.D. No. 008492005

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| PATENT ARMORY INC.,<br><br>Plaintiff,<br><br>v.<br><br>BOSS AUDIO, INC.,<br><br>Defendant. | No. 2:23-cv-03973-EP-MAH<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**<br><br>*Document Filed Electronically* |

**IT IS** on this  4th  day of  October , 2023, hereby

**ORDERED** that the request to dismiss this matter without prejudice is hereby GRANTED.

*[signature: Evelyn Padin]*

**HONORABLE EVELYN PADIN**
**UNITED STATES DISTRICT JUDGE**

2